RECEIVED & FILED
CLERK'S OFFICE
SEP 09 2026
US DISTRICT COURT
SAN JUAN, PR

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**[1] JEAN PAUL RIVERA-VEGA,<br>[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and<br>[3] MISAEL COSTALES-SOTO,**<br><br>Defendants, | **INDICTMENT**<br><br>**Case No. 26-** 371 (SCC)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 371<br>18 U.S.C. § 922 (a)(1)(A)<br>18 U.S.C. § 922(a)(6)<br><br>(THREE COUNTS) |

THE GRAND JURY CHARGES:

**INTRODUCTORY ALLEGATIONS**

A permit issued by the Commonwealth of Puerto Rico to carry or possess firearms does not authorize selling firearms or engaging in business activities related to them.

Only licensed firearms importers, manufacturers, or dealers may engage in the business of dealing in firearms or in the course of such business may ship or transport firearms in interstate or foreign commerce.

At all times relevant to this Indictment, Congress required persons who buy and resell firearms for profit to be licensed federally as gun dealers.

A federal Firearms Licensee (FFL) is any person, partnership, or business entity holding a valid license issued by the Bureau of Alcohol, Tobacco, Firearms and

Explosives (ATF) under the authority of Title 18, United States Code, to maintain a Firearms Transaction Record for each firearms transaction.

The form completed and maintained by all FFLs to document the purchase or transfer of firearms to an unlicensed individual is an ATF Form 4473, Firearms Transaction Record (Form 4473). This form is completed by both the purchaser/transferee and the FFL and contains full identifying information concerning the purchaser, firearm, date of the transfer, and FFL number. The primary purpose of the ATF Form 4473 is to determine the eligibility of the purchaser to legally acquire and possess firearms. The information on the Form 4473 makes it possible to trace a firearm back to its retail purchaser.

When an individual purchases a firearm from an FFL and completes ATF Form 4473, that individual documents that he/she is to be the actual buyer of the firearm listed on the form. Specifically, ATF Form 4473 asks the purchaser: "Are you the actual transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. …"

Firearms traffickers often employ "straw purchasers" to buy firearms from FFLs. A straw purchaser is an individual who purchases a firearm(s) from a FFL and completes an ATF Form 4473, indicating he/she is to be the actual buyer/owner of the firearm(s) when, in truth and in fact, he/she is not the actual buyer or true intended recipient of the firearm.

Firearms traffickers also "flip guns," which is buying firearms with the primary intent of reselling them for profit. Firearms traffickers may profit from "flipping guns" by exploiting a pricing premium created by legal barriers such as bypassing government background checks, waiting periods, and ownership bans to sell firearms to prohibited buyers.

## COUNT ONE

Conspiracy to Engage in Firearms Trafficking Without a License
(18 U.S.C. §§ 371 and 922(a)(1)(A))

The Introductory Allegations Section of this Indictment are realleged and incorporated by reference.

### Object of the Conspiracy

Beginning on a date unknown but not later than on or about September 18, 2025 and continuing up to the return of this Indictment, in the District of Puerto Rico, and within the district of this Court,

**[1] JEAN PAUL RIVERA-VEGA,**
**[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and**
**[3] MISAEL COSTALES-SOTO,**

the defendants herein, and others known and unknown, knowingly and willfully conspired and agreed together and with each other, and with others, to engage in the business of dealing in firearms without a license, in violation of 18 U.S.C. §§ 371 and 922(a)(1)(A).

**Manner and Means**

The manner and means by which the defendants and their co-conspirators sought to accomplish the objectives of the conspiracy were in substance as follows:

a. At all times relevant to this Indictment, Defendants **[1] JEAN PAUL RIVERA-VEGA, [2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and [3] MISAEL COSTALES-SOTO**, lacked a Federal Firearm License to engage in the business of importing, manufacturing, or dealing in firearms.

b. Defendants **[1] JEAN PAUL RIVERA-VEGA** and **[3] MISAEL COSTALES-SOTO** acquired firearms and ammunitions from Federal Firearms Licensees (FFLs), licensed under the provision of Chapter 44 of Title 18 by falsely claiming they were the actual buyers of the firearms.

c. Defendant **[1] JEAN PAUL RIVERA-VEGA** sold firearms to others known and unknown including to defendant **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** and others known and unknown for profit. **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** was not authorized to buy or possess firearms and ammunitions from FFLs because he did not have a valid license issued by the Commonwealth of Puerto Rico. Instead, **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** purchased firearms and ammunitions from **[1] JEAN PAUL RIVERA-VEGA** to resell to unknown individuals for profit.

d. Defendants **[1] JEAN PAUL RIVERA-VEGA, [2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and [3] MISAEL COSTALES-SOTO** negotiated the sales and transfers of firearms amongst one another and others via electronic communications, including WhatsApp messages, videos, and audio recordings.

**<u>Overt Acts</u>**

a. On or about September 18, 2025, **[3] MISAEL COSTALES-SOTO** transferred a .223 caliber rifle, Model RF-15 bearing serial number RD02067 to **[1] JEAN PAUL RIVERA-VEGA**. In or about October, 2025, the Puerto Rico Police Department ("PRPD") recovered the rifle from an unknown individual.

b. Between April and December 2025, **[1] JEAN PAUL RIVERA-VEGA** purchased 144 firearms from FFLs and through private sales. Of the 144 firearms, approximately 16 have been recovered. The whereabouts of the remaining 128 firearms are unknown to law enforcement.

c. Between December 2025 and July 2026, **[3] MISAEL COSTALES-SOTO** purchased approximately 24 firearms from FFLs and through private sales. Of the 24 firearms, approximately 4 have been recovered. The whereabouts of the remaining 20 firearms are unknown to law enforcement.

d. Between September 18, 2025 and December 4, 2025, PRPD Agents have seized five (5) firearms in separate criminal investigations from individuals other than the defendants. Each of the five (5) firearms were purchased in FFLs by

**[1] JEAN PAUL RIVERA-VEGA** and are currently still registered to him in the Puerto Rico Electronic Firearms and Licenses Registry (REAL).

e. On or about August 8, 2026, PRPD Agents seized one (1) firearm in a separate criminal investigation from an individual other than the defendants that was purchased in an FFL by **[3] MISAEL COSTALES-SOTO** on April 16, 2026. The firearm is currently still registered to **[3] MISAEL COSTALES-SOTO** in REAL.

f. On or about September 30, 2025, via WhatsApp, **[3] MISAEL COSTALES-SOTO** requested a machinegun conversion device from **[1] JEAN PAUL RIVERA-VEGA** who provided prices for machinegun conversion devices.

g. On or about October 21, 2025, via WhatsApp, **[1] JEAN PAUL RIVERA-VEGA** offered **[3] MISAEL COSTALES-SOTO** a Glock pistol to be sold to an unknown third-party.

h. On or about October 25, 2025, **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** inquired whether **[1] JEAN PAUL RIVERA-VEGA** had automatic firearms for sale. In response, **[1] JEAN PAUL RIVERA-VEGA** offered **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** various firearms and magazines for sale at different prices.

i. Also, on or about October 25, 2025, via WhatsApp, **[1] JEAN PAUL RIVERA-VEGA** offered **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** a firearm for sale for $900.

j. On or about October 31, 2025, **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** sent a video message to **[1] JEAN PAUL RIVERA-VEGA** via WhatsApp of what appears to be **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** shooting a machinegun. In response, **[1] JEAN PAUL RIVERA-VEGA** sent **[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS** an audio message about changing "chipetes" which is slang for machinegun conversion devices.

k. On or about December 11, 2025, the Commonwealth of Puerto Rico revoked **[1] JEAN PAUL RIVERA-VEGA**'s firearm's license.

l. Beginning on or about December 20, 2025, **[3] MISAEL COSTALES-SOTO**, including by making misrepresentations on the 4473 forms, acquired approximately 24 firearms and rounds of ammunition from FFLs and through private sales on behalf of **[1] JEAN PAUL RIVERA-VEGA**.

m. On or about January 26, 2026, **[3] MISAEL COSTALES-SOTO**, by making misrepresentations on the 4473 form, purchased three rifles for approximately $2,600 from an FFL on behalf of **[1] JEAN PAUL RIVERA-VEGA**.

n. On or about January 15, 2026, PRPD Agents found **[2] CHRISTIAN GARCIA DE-JESUS** in possession of firearms registered to **[1] JEAN PAUL RIVERA-VEGA**.

o. On or about May 29, 2026, PRPD Agents found an alien illegally present in the United States in possession of a Glock firearm which was registered to **[3]**

**MISAEL COSTALES-SOTO** and which had been modified to function as a machinegun.

**COUNT TWO**

Engaging in the Business of Dealing Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

Beginning on a date unknown but not later than on or about September 18, 2025 and continuing up to the return of this Indictment, in the District of Puerto Rico, and within the district of this Court,

**[1] JEAN PAUL RIVERA-VEGA,**
**[2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and**
**[3] MISAEL COSTALES-SOTO,**

the defendants herein, not being licensed dealers, importers, or manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT THREE**

False Statement During Purchase of a Firearm
(18 U.S.C. § 922(a)(6)

On or about January 26, 2026, in the District of Puerto Rico, and within the district of this Court, the defendant,

**[3] MISAEL COSTALES-SOTO**,

in connection with the acquisition of firearms, to wit: three AK 47 type pistols bearing serial numbers PAC25PL36947, PAC25PL36992, and PAC25PL37127, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States

Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant represented he was the actual buyer of the firearms when in fact he purchased them on behalf of defendant **[1] JEAN PAUL RIVERA-VEGA**; in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**FIREARMS AND AMMUNITION FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses set forth in Counts One, Two, and Three of this Indictment, the defendants, **[1] JEAN PAUL RIVERA-VEGA, [2] CHRISTIAN SEBASTIAN GARCIA-DE JESUS, and [3] MISAEL COSTALES-SOTO**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense including but not limited to:

- One (1) Glock pistol model 30, Serial number: UFX626;
- One (1) Glock pistol, model 19GEN 4, serial number: ZGN919;
- One (1) Zastava pistol, model ZPAP85, serial number: Z85-012416;
- One (1) Glock pistol, model 27GEN4, serial number: RWP105;
- One (1) Glock pistol, model 19GEN5, serial number: CAAV288;

- One (1) Glock pistol, model 17, serial number BSHG660;
- One (1) Romarm Cugir pistol, model mini-Draco, serial number 24PH-7235;
- One (1) Aero Precision rifle, model M4E1, serial number M4-0457981;
- One (1) Glock pistol, model 17, serial number CGTK514;
- One (1) Glock pistol, model 22, serial number BTSD487;
- One (1) Glock pistol, model 22, serial number SMK336;
- One (1) Romarm Cugir rifle, model micro-Draco, serial number 24PMD-59658;
- One (1) Ambush Tactical, Inc. rifle, model Omni Hybrid Maxx, serial number NS356183;
- One (1) Pioneer Arms, Corp. pistol, model Hellpup, serial number PAC25PL34004;
- One (1) Radical Firearms LLC rifle, model RF15, serial number RD02067;
- One (1) Glock pistol, model 19 Gen5, serial number CDDA374;
- One (1) Glock pistol, model 33, serial number BTU951; and
- Three (3) AK 47 type pistols bearing serial numbers PAC25PL36947, PAC25PL36992, and PAC25PL37127.

[INTENTIONALLY LEFT BLANK]

- 43 rounds of .45 caliber ammunition.
- 18 rounds of 9mm caliber ammunition.

[redacted]
FOREPERSON
Dated: September 9, 2026

Héctor E. Ramírez-Carbó
Acting United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Chief, Violent Crimes Section

Evangeline A. Dech
Assistant United States Attorney